IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLENDALE STEWART,

    Plaintiff,

v.

RICHARD F. RICE
and FOX & FOX S.C.,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-413-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

By: *Lynn Kamlu*, Deputy Clerk
Peter Oppeneer, Clerk of Court

7-14-11
Date